FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TRENTON C. HALL,
an individual,

                    Plaintiff,

    vs.

BNSF RAILWAY COMPANY, a
Delaware Corporation,

                    Defendant.

NO:  4:22-CV-5167-TOR

ORDER OF DISMISSAL WITH
PREJUDICE

BEFORE THE COURT is the parties' Joint Motion for Dismissal with
Prejudice.  ECF No. 61.  The parties agree that Plaintiff's claims against Defendant
should be dismissed with prejudice and without costs to either party.  The Court
has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing
a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  The parties' Joint Motion for Dismissal with Prejudice, ECF No. 61, is

    **GRANTED**.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation,

    this action is **DISMISSED** with prejudice and without costs to either party.

2.  All deadlines, hearings, and trial are **VACATED**.

    The District Court Executive is directed to enter this Order and Judgment of

Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 21, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2