AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 21, 2024**

SEAN F. McAVOY, CLERK

TRENTON C. HALL, an individual,

*Plaintiff*

v.

BNSF RAILWAY COMPANY, a Delaware Corporation,

*Defendant*

Civil Action No. 4:22-CV-5167-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Joint Motion for Dismissal with Prejudice, ECF No. 61, is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: 11/21/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz